[No. 31395-2-II.   Division Two.   April 5, 2005.]

THE STATE OF WASHINGTON, *Respondent* v. FAITH ERIN KALAMA, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 03-1-00881-1, Gary Tabor and Richard D. Hicks, JJ., entered February 10, 2004. *Affirmed in part* and *remanded* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, C.J., and Bridgewater, J.

[No. 31413-4-II.   Division Two.   April 5, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAMARR DERRICK PARKER, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-01630-8, Ronald E. Thompson, J. Pro Tem., entered February 12, 2004. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, C.J., and Morgan, J. Now published at 127 Wn. App. 352.

[No. 31499-1-II.   Division Two.   April 5, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. EUGENE M. PECK, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 99-1-00276-8, John F. Nichols, J., entered March 1, 2004. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan, A.C.J., and Armstrong, J.

[No. 31773-7-II.   Division Two.   April 5, 2005.]

CHERYL L. SHARKEY, *Appellant*, v. DWIGHT SUTHERLAND ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 02-2-01982-1, Stephen M. Warning, J., entered May 10, 2004. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Armstrong, JJ.